```
                                                    FILED
                                             U.S. DISTRICT COURT
                                                SAVANNAH DIV.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

```
                                           2006 AUG 29  AM 10: 31

                                           CLERK_____
                                           SO. DIST. OF GA.
```

| | |
|---|---|
| LENARD HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV406-158 |
| | ) |
| SHERIFF AL ST. LAWRENCE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29th day of AUGUST, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA